

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Chad S. Williams,

    **Plaintiff,**

     **V.**

**TODD BAXTER,**
Monroe County Sheriff,

**MATT VANDUZEE,**
Superintendent of the Monroe County Jail

**CAPTAIN: SHELLARD,**

**DEPUTY: BITTERMAN,**

**DEPUTY: HOYT,**

**DEPUTY: LAWLER,**

**DEPUTY: RYDERS,**

**CORPORAL: FENNESSY and**

Area Supervisor Division of Parole of the Executive Department of the State of New York.

    **Defendants.**

**AMENDED
COMPLAINT**

**16-cv-115 (HKS)**

# I.   JURISDICTION & VENUE:

1.   This is a civil action, authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state & federal law, of rights secured by the Constitution of the United States.  The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3) and (4), 42, 18 U.S.C. Subsection 3626 (a), 42 U.S.C. Subsection 1997 (e), (2006), 42 U.S.C. Section 12101-213 (2000); 42 U.S.C. Subsection 1981 and 1985. Plaintiff Chad S. Williams, seeks declaratory relief pursuant to 28 U.S.C. Section 2283 & Rule 65 of the Federal Rules of Civil Procedure.

2.   Venue properly lies in this District pursuant to 42 U.S.C. Subsection 1983; 28  U.S.C. Subsections 1331 (3), and (4).  18 U.S.C.  Subsection 3626 (a); giving rise to this cause of action, which occurred in Monroe County, located within the Western District of New York.

1.

## II.  PLAINTIFF:

3.  Plaintiff, Chad S. Williams, is and was at all times mentioned herein, Mr. Williams, is currently residing at 629 Whispering Pine Cl. while his mail is forward to 5 Messina Street 14605 Rochester New York.

## III.   DEFENDANTS:

4.  Defendant (1) Todd Baxter, Monroe County Sheriff, at all times relevant hereto is an acting Monroe County Sheriff, employed by Monroe County in Rochester, New York.

5.  Defendant (2) Matt Vanduzee, Superintendent of the Monroe County Jail at all times relevant hereto is an acting Monroe County Jail Superintendent, employed by Monroe County in Rochester, New York.

6.  Defendant (3) Captain Shellard, Monroe County Jail Captain, at all times relevant hereto is an acting Monroe County Jail Captain, employed by Monroe County in Rochester New York.

7.   Defendant (4) Deputy Bitterman, at all times relevant hereto is an acting  Monroe County Jail Deputy, employed by Monroe County in Rochester New York.

8.   Defendant (5) Deputy Hoyt, at all times relevant hereto is an acting Monroe County Jail Deputy, employed by Monroe County in Rochester New York.

9.   Defendant (6) Deputy Lawyer, at all times relevant hereto is an acting Monroe County Jail Deputy, employed by Monroe County in Rochester New York.

10.  Defendant (7) Deputy Ryders, at all times relevant hereto is an acting Monroe County Deputy, employed by Monroe County in Rochester New York.

11.  Defendant (8) Corporal Fennessy, at all times relevant hereto is an acting Monroe County Deputy, employed by Monroe County in Rochester New York.

12.   Area Supervisor Division of Parole of the Executive Department of the State of New York, at all times relevant hereto is an acting law enforcement of Monroe County in Rochester New York.

3.

## IV.  PREVIOUS LAWSUITS BY PLAINTIFF:

13.  Plaintiff has filed no other lawsuits dealing relating the same facts involved in this action or otherwise relating to this matter.

## V.  LEGAL CLAIMS & FACTS:

14.  Cause of action in this matter is excessive force, failure to intervene to stop an assault, and failure to protect.  Such conduct violates plaintiff's 8th. Amendment right to be free from cruel and unusual punishment.

15. In February of 2015 the plaintiff was falsely incarcerated under an erroneous seal indictment, number 2015-0108. The matter was eventually dismissed on August 6th. 2015, after Mr. Williams served 6 months in the Monroe County Jail.

4.

16.  Prior to being released Mr. Williams wrote the administration repeatedly, requesting to be relocated to a safer environment in the facility for several reasons.  (1) There was a contract allegedly placed on the plaintiff for exposing several well known State and Federal informants, in Mr. Williams self published novel (Favor For A Favor the curse continues).  (2) Mr. Williams further made the administration aware that he was suffering from an torn ACL and could not properly defend himself, added his age should also justify a relocation due to the plaintiff being housed on the main-frame with inmates half his age.  Mr. Williams was 44 years old at the time with physical ailments such as being an asthmatic, a torn ACL,  therefore to insure Mr. Williams safety by placing him in a non-violent environment in the facility would have been a clear form of protection under the circumstances.  For this is common practice in the facility to relocate inmates when they write staff concerning their safety.

5.

However such protection never materialized.  As a result of non-communication with the administration, Mr. Williams would    -eventually  speak directly with Captain Shellard.  Mr. Williams had wrote inner-communication forms on and against Captain Shellard in times past, assuming there were no personal issues between the two, Mr. Williams requested his assistance in replacing him  to another holding location due to safety concerns.  However, Captain Shellard would only laugh in Mr. Williams face, stating; *"I'm not helping you!"*   Captain Shellard was fully aware of Mr. Williams grievances to the administration.  Despite the plaintiff dire request no such protection ever came from Captain Shellard.

17. Devonte Spencer would later inform the plaintiff that Captain Shellard had suggested to him to have the inmates on the gallery  'do something' to Mr. Williams, when Captain Shellard stated; *"Why yall let'n a guy like that live up here!"* Mr. Spencer indicated he knew his words to mean (pack Mr, Williams up and get him off the floor).

18. Due to the negligence of the Monroe County Jail and Captain Shellard, the plaintiff would be seriously assaulted where a permanent scar still remains on the plaintiff's nose. *Frost v. New York City 19-1163 2020.*

6.

19.  As a result of such conduct, Mr. Williams filed this complaint in 2016.
In 2019 Mr. Williams would enter the Monroe County Jail once again on
a parole violation.  It would later be brought to Mr. Williams attention
that Captain Shellard was plotting on having him assaulted by deputies.
Such information was reported to Mr. Williams by staff.

20.  Out of fear, Mr. Williams wrote the Hon. Lawrence J. Vilardo who was
residing over the civil action 16-cv-115 that has Captain Shellard as a
defendant. Mr. Williams pleaded for  Judge Vilardo to relocate him to
another facility out of fear of imminent danger of retaliation from
Captain Shellard, based upon the information provided by Captain
Shellard's peers.

# BIAS CONDUCT:

21. The Hon. Lawrence J. Vilardo never responded, there was never a TRO placed on Captain Shellard nor any of the other defendants as requested by the plaintiff, previously.  *As the result of the above actions of the court and other bias behavior, the plaintiff sought intervention from the Second Circuit by filing a Judicial Misconduct against the Hon. Lawrence J. Vilardo. Such petition was denied, despite the plaintiff being deceived to assume the Court would honor 'their' statement in 2017 of filing a summons against the defendants in 2017 as indicated by the court but never took place, plaintiff requested that a Guardian-Ad-Litem be assigned to him due to extreme mental health Issues and the re-occurrence of extreme migraine headaches, caused by the 4/10/19 gang assault conducted by the MCJ.  Despite such medically docket issues, the Court declined to assist the plaintiff with a guardian-ad-litem, and there was no 'Protection' to prevent Captain Shellard from hatching his plot of retaliation for filing this honorable 1983 Complaint.*

8.

21.   These are relevant factors which lead to Mr. Williams nearly losing his life on April 10th 2019, Mr. Williams pleaded with the Court for protection against a defendant, where there are high implications of retaliation for filing the above complaint.  The facility outgoing mail indicate that such material by the plaintiff did in fact leave the facility and the federal court in-coming mail shows the receival of the plaintiff's mail to the presiding judge. The Court made no attempt to intervene, thus by doing so caused the actions of 4/10/19 to occur where Mr. Williams has suffered life altering injuries such as to where the plaintiff has an appointment with the {Division of Plastic Surgery, located at 160 Sawgrass Dr. Rochester NY 14620-4656 (585) 275-1000}.  Due to the assault that occurred on 4/10/19 by the MCJ Deputies.

22.  At the directions of Captain Shellard who signed the unjustified Segregation, form, *see exhibits.* Relevant to this action is the fact a Monroe County Grand Jury, saw the original video of the incident that same (Grand Jury) came back with a NO-BILL on July 23, 2019 after Mr. Williams testified at the (Grand Jury) proceedings on July 18th 2019, due to the frivolous assault charge filed by Deputy Bitterman.  The Plaintiff was falsely charged with assault.

9.

23.  The filing of such charge occurred after Mr. Williams

Habeas Corpus was tampered with and  opened and it was discovered that

Mr.  Williams had placed Deputy Bitterman and the other deputies by name

in the incident report in the Habeas Corpus.  The Federal Court indicated

THAT NO SUCH INCIDENT REPORT WAS IN THE HABEAS CORPUS.

This is why in the initial amended complaint it was only Deputy Bitterman

and Deputy Hoyt mentioned as the officers who assaulted Mr. Williams,

plaintiff did not know the other officers' names.

## 5th Amendment Rights Violation

Therefore the petition was tampered with by MCJ, staff members, thus

giving Deputy Bitterman the *heads-up* to retaliate and file a counter

charge against Mr. Williams. However Mr. Williams prevailed at the

(Grand Jury) where they the jurors saw the unnecessary amount of

Monroe County Jail Deputies enter the tiny nurses station where no

officers sustained any injuries.

10.

24. This same video is now somehow unable to project clear and now is unable to be seen according to Defense Attorney Maria E. Rodi.  For such Discovery is being withheld from the plaintiff in violation of the plaintiffs Due Process. This matter is tainted with misconduct to the point it appears that Mr. Williams will not receive justice in this civil action.  With the overwhelming facts presented there is enough evidence in the plaintiffs favor for the administrator to Grant Summary Judgment.


# EXCESSIVE FORCE:


25.  As a result the plaintiff was seriously assaulted on April 10th. 2019 by Monroe County Deputies those documented are Deputy Bitterman, Deputy Hoyt, Deputy Lawler, Deputy Ryder and Corporal Fennessy.  On the day of  the extreme assault,  it was Captain Shellard who signed for the plaintiff to be wrongly segregated when it was he who was assaulted unjustifiably, and in need of immediate medical attention. *See Exhibits.*

11.

26.   Plaintiff photos from the incident indicate excessive force.  Plaintiff medical records will indicate that he suffered a torn retina in his left eye, also - urinating blood, lost vision in his left eye, has a protruding lump on the left side of his head, that was caused by unjustified blows to the plaintiffs head, such excessive force has caused the plaintiff to go to Strong Memorial Hospital repeatedly for dizziness, blackouts and extreme migraines. All of which stem from the near fatal assault of 4/10/2019, committed by Monroe County Jail Staff Officials while the facility was under the supervision of Superintendent Matt Vandusee and Monroe County Sheriff Todd Baxter. Submitted in this Amended Complaint as exhibits are the medical records from 2021 from pre-consisting ailments caused by the excessive force committed by  MCJ deputies and staff members on the above date.

MCJ, Medical attempted to cover-up for the deputies by writing that the urinating of blood may be an infection.  However plaintiff had no such infection prior to being incarcerated.   Plaintiff suffered extremely while housed in SHU. Plaintiff's grandmother suffered a heart attack and died due to worrying about the plaintiff's safety.

12.

# COUNT ONE - BREACH OF DUTY TO PROTECT:

27.  Defendant Monroe County Sheriff Todd Baxter exercised deliberate indifference to plaintiff's health and safety by failing to protect him from a jail attack even though he had been informed as well as his administration of an imminent attack on Mr. Williams in 2015 by inmates and 2019 by staff.  Further failure to protect, came in 2020 when Mr. Williams pleaded with the MCJ Administration to move him to the Towers where the spread of COVID-19 was not rampant as it was on the main-frame of the facility, where 99% of the inmates are African American and Hispanic.

## Defendant negligence caused 8th. Amendment Violation, such acts towards the plaintiff are viewed as retaliatory. Plaintiff pleaded for intervention due to health issues thus was denied and nearly died from COVID-19:

An epidemic of the  corona virus broke out in the Monroe County jail affecting the African American and Hispanic population of the facility during the end of 2020.  Mr. Williams and other inmates contracted COVID-19 due to the sole negligence of Monroe County Sheriff Todd Baxter.

13.

28. Defendant is in violation of plaintiff's 8th. Amendment for not addressing the plaintiff's respiratory issues for Mr. Williams suffers from asthma and wrote the administration in regards to his health issues and requested to be relocated to a more healthier environment for heat and cleanliness.  On March 7, 2020 Governor of the State of New York declared a State disaster 'Emergency' for the entire State of New York.

29.  Section 3103 State of N.Y. 8244 April 27, 2020 Sub-section 807  Emergency Release during a time of Crisis (1) during an epidemic.  Section 29-A of the Executive Law or any regulations of the Dept. of Health that impose requirement pertaining to maintaining Social Distance in Precautionary-(Yellow-Zone), the following mitigating measures non-essential "Gathering" shall be limited to no more than 25 people. Mr. Williams was once again brought into custody on 9/3/2020 for an elledge curfew violation despite the fact that the Governors Executive law was still in effect and therefore plaintiff was not supposed to have been incarcerated for such an infraction.

30. Defendant Monroe County Jail Superintendent  Matt Vanduzee exercised deliberate indifference to plaintiff's health and safety by failing to protect him from a jail attack even though he had been informed as well as his administration of an imminent attack on Mr. Williams in 2015 by inmates and 2019 by staff members. Superintendent Matt Vanduzee was aware of the plaintiff 8th Amendment rights violation in 2019.

14.

31.  Defendant Captain Shellard exercised deliberate indifference to plaintiff's health and safety by failing to protect him from a prison attack even though he had informed of threat to plaintiff's health and safety.  Defendant Shellard received repeated request from the plaintiff in 2015 for his assistance, however he personally refused to assist the plaintiff. Internal communication to Captain Shellard and the MCJ, Administration is submitted on the docket. It was Captain Shellard that other staff members of the MCJ, informed the plaintiff that there would be retaliation for filing the above complaint.   On April 10th 2019 Captain Shellard wrongly placed plaintiff in segregation after plaintiff had sustained serious internal injuries, from MCJ, Deputies on the above date.  Captain Shellard conduct appears to assist in covering-up the excessive force used by MCJ,

Officers on 4/10/19.  Furthermore his actions only confirm the plaintiff previous fears that were expressed to the Court where the plaintiff was seeking protection from the defendant, in 2019.  The Court failed to intervene as a result the plaintiff was seriously assaulted on 4/10/19. The Plaintiff wrote the Hon. Lawerence J. Vilardo, pleading with him for protection and to be relocated to another facility in 2019.  The Court never responded leaving the plaintiff at the mercy of Captain Shellard and the Monroe County Jail Deputies.


32.  In 2020 while housed at the Monroe County Jail for a parole violation that was in direct violation with the Governor's Executive Orders, for no parolee should be violated for any frivolous violation during a pandemic while the State is in a (Yellow-Zone).

15.

33. As a result of the negligence of Captain Shellard, the MCJ, Superintendent and the Monroe County Sheriff Todd Baxter, due to not following the mandated rules under the States Executive Orders and the social distances guidelines in the MCJ, in 2020 was the cause for the outbreak of COVID-19 in the MCJ.  Plaintiff contracted such virus due to under-line racism that is taking place in the Monroe County Jail where the Caucasian inmates are placed in better living quarters than the African American and Hispanic inmates.  Section 29-A of the Executive Law or any regulations of the Dept. of Health that impose requirement pertaining to maintaining Social Distance in precautionary non-essential *'Gathering'* shall be limited to no more than 25 people.  The MCJ, was in direct violation with regulation for they allowed more than 25 inmates to attend gym prior to 11/27/20.  Plaintiff became ill after being released from quarantine.

34. Defendant Deputy Bitterman exercised deliberate indifference to plaintiff's health and safety by failing to protect him from MCJ, staff.  Furthermore defendant exercised excessive force on the plaintiff on 4/10/19.  The video that was shown to the Grand Jury on 7/18/19 showed officer Bitterman follow Mr. Williams into the nurses station as soon as he turned his back to enter defendant Bitterman rushed him from behind tackling the plaintiff to the ground screaming 'place your hands behind your back!'  While other officer were rushing in assaulting Mr. Williams without cause.  The serious injuries Mr. Williams sustained were from a malicious assault that was orchestrated by the hidden hand of Captain Shellard.

**RETALIATORY CONDUCT FOR FILING HABEAS CORPUS.**

16.

35.  Plaintiff legal material was tampered with when filing a habeas corpus the incident-report was removed from the petition by MCJ, staff members, thus making Deputy Bitterman aware of Mr. Williams' complaint.

36.  As a result Deputy Bitterman retaliated by filing a counterclaim that had no merit against Mr. Williams.  The charges were assault, a D. felony where Mr. Williams was facing a 3 and a half to 7 years based on a lie by a MCJ, Deputy which caused the plaintiff an extreme amount of emotional suffering.  However the Grand Jury were able to clearly see that Mr. Williams was the victim of yet another racially motivated attack by law enforcement on another African American, that seems to have become the norm in America.   However such video is now being made difficult to obtain by the attorney for the defendants.  Today is 2/24/21 and as of this writing Attorney; Maria E. Rodi has indicated that Mr. Williams can in fact come and pick up the video today.   However, the County knows such video ends their defense. (1) There was no justification for Officer Bitterman to attack Mr. Williams from the back. (2) Handcuffing a inmate is not standard procedure, it is excessive in nature, at most plaintiff should have been escorted back to his cell, for an alleged (verbal confrontation).

37.  Defendant Bitterman assaulted plaintiff further on the elevator causing cuts to his wrist that only what was indicated by plaintiff as to what defendant Bitterman did could have produced these particular injuries.  Defendant Bitterman went out his way to cause physical harm to Mr. Williams.  The Grand Jury proceedings from 7/18/19 must examined.

17.

38.  (4) Though Mr. Williams never spit or attempted to spit on any of the officers who nearly killed him in the nurses station a (spit-bag) was placed over Mr. Williams head despite having respiratory issues.

39.  Monroe County Jail was negligent in the training, retention, or supervision of the employees who assaulted the plaintiff.  The Court was placed on Notice that staff were acting outside of the scope of employment.  *Anna O. v. State of New York, 2011 WL 6957587 (Ct. Clms. Oct. 19, 2011).*

40.  Deputy Hoyt exercised deliberate indifference to the plaintiff's health and safety by failing to protect him. On 4/10/19 defendant used excessive force on Mr. Williams.

41.  Deputy Lawler exercised deliberate indifference to the plaintiff's health and safety by failing to protect him.  On 4/10/19 defendant used excessive force on Mr. Williams.

42.  Corporal Fennessy exercised deliberate indifference to the plaintiff's health and safety by Failing to protect him.  On 4/10/19 defendant used excessive force on Mr. Williams.

43.  Area Supervision Division of Parole of the Executive Department of the State of New York exercised deliberate indifference to the plaintiff's health and safety by failing to consider his health during a pandemic that attacks ones respiratory, and the plaintiff suffers from respiratory issues.

18.

43.  Plaintiff made the Parole P.H. Officer aware that he suffered from asthma and was prone to contract the deadly virus if he were to remain in the Monroe County Jail for a misunderstanding.

44.  The P.H. Officer would further violate Mr. Williams 5th Amendment by not allowing his witness to testify nor present letters and affidavits that could have cleared up the misunderstanding regarding the curfew violation.  Mr. Williams employer provided documentation that Mr. Williams was at work during the time of the home visit conducted by Parole.

45.  If the Supervisor Division of Parole, never violated Mr. Williams Constitutional Rights Mr. Williams would have never contracted COVID-19 and nearly died at the age of 49.  On March 7, 2019 Governor of the State of New York declared a State Disaster Emergency for the entire State of New York Section 3103 State of NY. 8244 April 27, 2020 Sen. Sepulveda, Sub-section 807 Emergency Release During a Time Crisis (1) During an Epidemic.  During the time of Mr. Williams unlawful incarceration the Governors Executive Orders were still in effect.  Therefore making Mr. Williams detention unlawful.  On March 27, 2020 DOCCS was directed to release low-level technical parole violators from local jails.  The Department immediately identified individuals under parole supervision who were detained in local jails.  Executive Order 202.72 was never terminated therefore plaintiff incarceration was totally illegal in violation of plaintiff 5th Amendment which caused a 8th Amendment Rights violation, when the plaintiff began suffering from the COVID-19 infection that Mr. Williams, pre-warned Parole about.

46.  Health Law to the extent necessary to not withstanding of any other provisions of this

Executive Order, provides that any individual who encourages, promotes or organizes a

non-essential gathering as set forth in Department of Health regulations, shall be liable for a

civil penalty not to exceed $15.000 per day and Sections 12-a and 206(4) of the Public Health

Law.  To the extent necessary to authorize at the direction of the Commissioners representative

any local government official to assess and the local government to retain a civil penalty for

violations of Executive Orders issued pursuant to Section 29-A of the Executive Law, or any

regulations of the Department of Health that impose requirement pertaining to maintaining

Social Distance.

## VI.  PRAYER FOR RELIEF:

47.  WHEREFORE, plaintiff respectfully pray that this Court will deal with integrity, rely on

the facts and GRANT Mr. Williams punitive damages in the amount of $15.000.000, against

each defendant, for causing pain and suffering to the plaintiff in violation of his 8th

Amendment.  Plaintiff is further seeking $14.995 for each day he was incarcerated in violation

 of the Public Health Law, in relations to Sections 12-a and 206 (4).

**DATED: 4/25/2021**

Respectfully Submitted
Chad S. Williams
629 Whispering Pine Cl.
Rochester, NY 14621

20.

## VERIFICATION:

I have read the forgoing complaint and hereby verify that the matters alleged therein are true, I certify under the penalty of perjury that the foregoing is true and correct.

Executed in New York State on 2/24/2021 in Rochester New York.

Chad S. Williams

c.c. File:

21.

# EXHIBIT (A)



# AFTER VISIT SUMMARY

**Chad Williams**  MRN: 2541405          📅 1/29/2021  1:15 PM  📍 Division of Plastic Surgery 585-275-1000

## Instructions  from DEREK E BELL, MD

 **Return SGOR.**

## What's Next

**FEB 2 2021**  **PROCEDURE with DEREK E BELL, MD**
Tuesday February 2 11:45 AM

Division of Plastic Surgery
160 Sawgrass Dr
Rochester NY
14620-4656
585-275-1000

Please call our office prior to your appointment if:

- You develop any symptoms of COVID-19, or
- You are exposed to COVID-19, or
- You test positive for COVID-19

You must speak with an office representative before presenting for your scheduled appointment.

## Receiving Your Results in MyChart
Beginning Oct. 11, you will receive most test results at the same time as your provider. A member of the health care team will be in touch as appropriate. Some tests may take more time for review than others.

## Disclaimer
If you have been referred to a specialist and have not been contacted by the specialist within 5 business days, please call the referring office at:

Division of Plastic SurgeryPart of Strong Memorial Hospital

160 SAWGRASS DR
ROCHESTER NY 14620-4656
Dept: 585-275-1000

## Today's Visit
You saw DEREK E BELL, MD on Friday January 29, 2021 for: New Patient Visit. The following issue was addressed: Mass of skin of head.

 Blood Pressure
**118/73**

 BMI
**28.87**

 Weight
**207 lb**

 Height
**5' 11"**

 Temperature (Temporal)
**98.7 °F**

 Pulse
**82**

 Oxygen Saturation
**95%**

## MyChart
View your health information from your computer or smartphone.  Don't have MyChart? Sign up today at https://mychart.urmedicine.org

# Allergies as of 1/29/2021

No Known Allergies (drug, envir, food or latex)

# Your Medication List as of January 29, 2021 1:14 PM

ⓘ You should carry an up to date medication list at all times in case of an emergency and to share with your healthcare team. Update your list whenever you start, stop, or change how you take a medication.  Please add any medications, vitamins, or herbs you may take.

| | | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| CONTINUE | **\* albuterol HFA** 108 (90 Base) MCG/ACT inhaler<br>Commonly known as: PROVENTIL, VENTOLIN, PROAIR HFA<br>INHALE 1-2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING SHAKE WELL BEFORE EACH USE.<br>Quantity: 8.5 g | | | | | |
| CONTINUE | **\* albuterol HFA** 108 (90 Base) MCG/ACT inhaler<br>Commonly known as: PROVENTIL, VENTOLIN, PROAIR HFA<br>INHALE 1-2 PUFFS INTO THE LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING SHAKE WELL BEFORE EACH USE.<br>Quantity: 8.5 g | | | | | |
| CONTINUE | **\* EasiVent** spacer<br>Use as instructed<br>For diagnoses: Asthma, unspecified asthma severity, unspecified whether complicated, unspecified whether persistent<br>Quantity: 1 each | | | | | |
| CONTINUE | **\* OptiChamber Diamond** Misc<br>USE AS INSTRUCTED<br>Quantity: 1 each | | | | | |
| CONTINUE | **FLUoxetine** 20 MG capsule<br>Commonly known as: PROzac<br>Take 1 capsule (20 mg total) by mouth daily<br>Quantity: 30 capsule | | | | | |
| CONTINUE | **ibuprofen** 600 MG tablet<br>Commonly known as: ADVIL,MOTRIN<br>Take 1 tablet (600 mg total) by mouth 3 times daily as needed for Pain<br>Quantity: 20 tablet | | | | | |
| CONTINUE | **knee brace**<br>Use as directed to provide knee support<br>Quantity: 1 each | | | | | |

## Your Medication List (continued)  as of January 29, 2021  1:14 PM

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **multivitamin** tablet<br>Take one tablet daily<br>Quantity: 30 tablet<br>CONTINUE | | | | | |
| **Non-System Medication**<br>Lumbar back brace. Dx: lower back pain<br>Quantity: 1 each<br>CONTINUE | | | | | |
| **OLANZapine** 5 MG tablet<br>Commonly known as: ZyPREXA<br>Take 1 pill nightly for problems with sleep and thoughts<br>For diagnoses: Thought disorder<br>Quantity: 30 tablet<br>CONTINUE | | | | | |

> ⊕ * This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## Thank you for choosing UR Medicine

Williams, Chad (MR # 2541405 / Visit # 10010729258) Printed at 1/29/21  1:14 PM          Page 1 of 1
**\*\* DO NOT COPY \*\* DO NOT SCAN \*\***

**VIEW YOUR HEALTH INFORMATION ONLINE TODAY!**

Below is your activation code to sign up for MyChart, UR Medicine's free website that allows you to view most test results, send and receive messages from your doctor, renew your prescriptions, manage your appointments and health care bills, and much more - from your computer or smartphone!

**How Do I Sign Up?**

*Important:  You must have an email address to sign up for MyChart.*

1. Go to mychart.urmedicine.org
2. Click on the **Sign Up** (I have a code) link
3. Enter your MyChart Activation Code: VQBWH-GM7KR
4. Expires: 4/19/2021  7:53 PM
5. Enter your Date of Birth, Zip Code and Phone Number, and click NEXT.
6. Continue following the instructions to complete your MyChart sign up.

   - *You also may want to write down your Username and Password below:*

     *MY USERNAME:*  _____

     *MY PASSWORD:*  _____

**Additional Information**

*If you are not the patient, but you are involved in the health care of this patient, DO NOT USE THIS CODE! Instead, go to the MyChart website (mychart.urmedicine.org) and click on "Access for My Kids/Family/Friends" below the username and password fields.*

For on-the-go access, download the MyURMedicine app from the Apple or Google Play stores.

**Questions?**

Call our MyChart Customer Service Center, 8 a.m. to 5 p.m.
Weekdays: 585-275-URMC (8762), 1-888-661-6162; choose Option 1



# AFTER VISIT SUMMARY

**Chad Williams**  MRN: 2541405    📅 2/13/2021  📍 Strong Memorial Emergency Department 585-275-2100

## Instructions

Your neurological exam was normal without concerns.

This may be a tension headache, migraine or chronic headache related to the assault one year ago.

Medications prescribed:
1. Compazine 10mg every 6 hours as needed for headache.  This medication makes you sleepy so wait 8 hours after taking before you drive, go to work or do anything that requires concentration.
2. Magnesium Supplement taken when you have the headache can help relieve it also.  Or Epsom Salt (Magnesium Sulfate) can help relieve the headache.

Return to the ER for:
-slurred speech
-facial droop
-difficulty walking
-fainting
-confusion
-vomiting
-loss of feeling or strength in your arm/leg
-any concerns.

 **Your medications have changed**

➡ START taking:
**prochlorperazine (COMPAZINE)**

**Continue taking your other medications and consult with your Primay Care Physician for questions**

 **Read the attached information**
Tension Headache (Discharge Care) (English)

🗒 **Pick up these medications at Strong Outpatient Pharmacy**
prochlorperazine

Address:  601 Elmwood Avenue Rm 1-1303, ROCHESTER NY 14642
Hours:   24x7x365
Phone:   585-275-4931

## Today's Visit

You were seen by Jean F Blythe, PA and BILLIE JO YOUNG, NP

**Reason for Visit**
Headache

**Diagnosis**
Tension headache

### Your End of Visit Vitals

 Blood Pressure
141/72

🌡 Temperature (Temporal)
96.8 °F

 Pulse
66

Respiration
17

Oxygen Saturation
97%

## MyChart

View your health information from your computer or smartphone.  Don't have MyChart? Sign up today at https://mychart.urmedicine.org

## What's Next

**MAR**
**2**
2021

**PROCEDURE with DEREK E BELL, MD**
Tuesday March 2 9:30 AM

Division of Plastic Surgery
160 Sawgrass Dr
Rochester NY 14620-4656
585-275-1000

## Allergies as of 2/13/2021

No Known Allergies (drug, envir, food or latex)

# Changes to Your Medication List

ⓘ You should carry an up to date medication list at all times in case of an emergency and to share with your healthcare team. Update your list whenever you start, stop, or change how you take a medication. Please add any medications, vitamins, or herbs you may take.

## START taking these medications



**START**

**prochlorperazine** 10 MG tablet
Commonly known as: COMPAZINE
Quantity: 28 tablet

Take 1 tablet (10 mg total) by mouth every 6 hours as needed (nausea) for up to 7 days

## Receiving Your Results in MyChart

Beginning Oct. 11, you will receive most test results at the same time as your provider. A member of the health care team will be in touch as appropriate. Some tests may take more time for review than others.

## Additional Information

If you are in need of comprehensive information and community resources, including Crisis Line services:
Contact Lifeline (available 24/7) at 211, 585-275-5151, (TTY) 585-275-2700, (Toll Free) 1-877-356-9211.
If you are experiencing any mental health concerns contact the following: **Monroe County** Mobile Crisis Team:
585-529-3721, **Out of County** contact Lifeline at 1-800-310-1160.

### Thank you for choosing UR Medicine

STRONG MEMORIAL EMERGENCY DEPARTMENT
601 ELMWOOD AVE
ROCHESTER NY 14642-0001
585-275-2100
Dept: 585-275-2100

Part of Strong Memorial Hospital

# Attached Information

Tension Headache (Discharge Care) (English)

## Tension Headache

**WHAT YOU NEED TO KNOW:**

Tension headaches are most often caused by stress, eye strain, or muscle tightness. The pain of a tension headache may start in the forehead or the back of the head. The pain often spreads over the whole head and down into the neck and shoulders. Over-the-counter pain medicine is the most useful and common treatment for a tension headache. Exercise, biofeedback, meditation, or relaxation techniques may also decrease your headache pain.

**DISCHARGE INSTRUCTIONS:**

**Call your local emergency number (911 in the US) if:**

- You have difficulty seeing, speaking, or moving.

- You have a seizure.

**Call your doctor if:**

- You pass out or become confused.

- You have a sudden headache that seems different or much worse than your usual headaches.

- You have a headache, fever, and a stiff neck.

- Your headaches continue to get worse.

- Your headaches happen so often that they affect your ability to do your work or normal activities.

- You need to take medicine to help your headaches more often than your healthcare provider says you should.

- Your headaches get so bad that they cause you to vomit.

- You have questions or concerns about your condition or care.

**Medicines:**

- **NSAIDs** , such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask your healthcare provider if NSAIDs are safe for you. Always read the medicine label and follow directions.

- **Acetaminophen** decreases pain and fever. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Read the labels of all other medicines you are using to see if they also contain acetaminophen, or ask your doctor or pharmacist. Acetaminophen can cause liver damage if not taken correctly. Do not use more than 4 grams (4,000 milligrams) total of acetaminophen in one day.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him or her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Manage your symptoms:**

- **Keep a headache record.** Include when the headaches start and stop and what made them better. Describe your symptoms, such as how the pain feels, where it is, and how bad it is. Record anything you ate or drank for the past 24 hours before your headache. Bring this to follow-up visits.

- **Apply heat as directed.** Heat may help decrease headache pain and muscle spasms. Apply heat on the area for 20 to 30 minutes every 2 hours for as many days as directed. A warm bath may also help relieve muscle tension and spasms.

- **Apply ice as directed.** Ice may help decrease headache pain. Use an ice pack or put crushed ice in a plastic bag. Cover it with a towel and place it on the area for 15 to 20 minutes every hour as directed.

- **Ask about spinal manipulation.** This treatment combines movement, massage, exercise, and physical therapy. It can help relieve a tension headache, and may be able to prevent another if done regularly. Talk to your healthcare provider to make sure it is safe for you. To prevent neck injuries, spinal manipulation should only be done by trained providers.

**Prevent tension headaches:**

- **Avoid muscle tension.** Do not stay in one position for long periods of time. Use a different pillow if you wake up with sore neck and shoulder muscles. Find ways to relax your muscles, such as massage or resting in a quiet, dark

room.

- **Avoid eye strain.** Make sure you have good lighting when you read, sew, or do similar activities. Get yearly eye exams and wear glasses as directed.

- **Get enough sleep.** Get 8 to 10 hours of sleep each night. Create a sleep schedule. Go to bed and wake up at the same times each day. It may be helpful to do something relaxing before bed. Do not watch television right before bed.

- **Eat a variety of healthy foods.** Healthy foods include fruits, vegetables, whole-grain breads, low-fat dairy products, beans, lean meats, and fish. Do not eat foods that trigger your headaches.

- **Exercise regularly.** Exercise helps decrease stress and headaches. Ask about the best exercise plan for you.

- **Drink liquids as directed.** You may need to drink more liquid to prevent dehydration. Dehydration can make a tension headache worse. Ask your healthcare provider how much liquid to drink and which liquids are best for you. Limit caffeine as directed. Caffeine may make a tension headache worse.

- **Do not drink alcohol.** Alcohol can trigger a headache. It can also prevent medicines from stopping your headache.

- **Do not smoke.** Nicotine and other chemicals in cigarettes and cigars can trigger a headache and also cause lung damage. Ask your healthcare provider for information if you currently smoke and need help to quit. E-cigarettes or smokeless tobacco still contain nicotine. Talk to your healthcare provider before you use these products.

**Follow up with your healthcare provider as directed:** Bring the headache record with you. Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2020 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



260



**Strong Memorial Emergency Department**
601 Elmwood Ave
Rochester NY 14642-0001
Phone: 585-275-2100

## After Visit Summary Signature Page

### Patient Information

| Patient Name | MRN | Identity ID | Date of Birth (Age) |
|---|---|---|---|
| Williams, Chad | 2541405 | E2111401 | 7/24/1971 (49 y.o.) |

**I (or I, as a representative of the patient) have participated in the development of this discharge plan and the preceding material has been reviewed with me. My questions have been answered and I understand the contents of this plan. I have received a copy of this discharge plan.**

Patient/Parent-Guardian Signature:_____ Date:_____

Nurse Signature:                        _____ Date:_____

Williams, Chad Printed by Young, Billie Jo, NP [5747] at 2/13/21  8:46 PM

**\*\* DO NOT COPY \*\* DO NOT SCAN \*\***

## VIEW YOUR HEALTH INFORMATION ONLINE TODAY!

Below is your activation code to sign up for MyChart, UR Medicine's free website that allows you to view most test results, send and receive messages from your doctor, renew your prescriptions, manage your appointments and health care bills, and much more - from your computer or smartphone!

### How Do I Sign Up?

*Important:  You must have an email address to sign up for MyChart.*

1. Go to mychart.urmedicine.org
2. Click on the **Sign Up** (I have a code) link
3. Enter your MyChart Activation Code: FDHG7-Q3MQM
4. Expires: 5/14/2021  7:56 PM
5. Enter your Date of Birth, Zip Code and Phone Number, and click NEXT.
6. Continue following the instructions to complete your MyChart sign up.

   - *You also may want to write down your Username and Password below:*

        *MY USERNAME:*  _____

        *MY PASSWORD:*  _____

### Additional Information

*If you are not the patient, but you are involved in the health care of this patient, DO NOT USE THIS CODE! Instead, go to the MyChart website (mychart.urmedicine.org) and click on "Access for My Kids/Family/Friends" below the username and password fields.*

For on-the-go access, download the MyURMedicine app from the Apple or Google Play stores.

### Questions?

Call our MyChart Customer Service Center, 8 a.m. to 5 p.m.
Weekdays: 585-275-URMC (8762), 1-888-661-6162; choose Option 1



# AFTER VISIT SUMMARY

**Chad Williams**   MRN: 828379                     📅 2/8/2021   📍 Highland Hospital Emergency Department 585-341-6880

## Instructions

We discussed a different route for administration of the reported medical marijuana, inhalation may not be the best method if asthma exacerbations continue to occur.

Use the albuterol if needed for exacerbations and shortness of breath.

Watch for fever, chills, worsening symptoms.

 **Your medications have changed**

◆ CHANGE how you take:
**albuterol HFA** (PROVENTIL, VENTOLIN, PROAIR HFA)

Continue taking your other medications and consult with your Primay Care Physician for questions

 **Read the attached information**
Asthma (AfterCare(R) Instructions(ER/ED)) (English)

 **Pick up these medications at WALGREENS DRUG STORE #19448 - ROCHESTER, NY - 565 MONROE AVENUE AT SEC OF MONROE AVENUE & SOUTH GOODMA**

albuterol HFA

Address:  565 MONROE AVENUE, ROCHESTER NY 14607
Phone:   585-244-1711

 **Follow up with DOUGLAS STOCKMAN, MD in 3 days (around 2/11/2021)**
Specialty: Family Medicine
Contact: 777 S CLINTON AVE
STE 300
Rochester NY 14620
585-279-4700

## Today's Visit

You were seen by CHRYSA L CHARNO, PA

**Reason for Visit**
- Shortness of Breath
- Cough

**Diagnosis**
Mild intermittent asthma with exacerbation

 **Medications Given**
ipratropium-albuterol (DUONEB) Last given 2/8/2021 2:20 AM

**Your End of Visit Vitals**

 Blood Pressure
121/72

 Temperature (Temporal)
96.8 °F

 Pulse
80

Respiration
18

Oxygen Saturation
96%

## What's Next

MAR 2 2021   **PROCEDURE with DEREK E BELL, MD**
Tuesday March 2 9:30 AM

Division of Plastic Surgery
160 Sawgrass Dr
Rochester NY 14620-4656
585-275-1000

## MyChart

View your health information from your computer or smartphone.  Don't have MyChart? Sign up today at https://mychart.urmedicine.org

# Allergies as of 2/8/2021
No Known Allergies (drug, envir, food or latex)

# Changes to Your Medication List

ⓘ You should carry an up to date medication list at all times in case of an emergency and to share with your healthcare team. Update your list whenever you start, stop, or change how you take a medication.  Please add any medications, vitamins, or herbs you may take.

## CHANGE how you take these medications



**CHANGE**

**albuterol HFA** 108 (90 Base) MCG/ACT inhaler
Commonly known as: PROVENTIL, VENTOLIN, PROAIR HFA
Quantity: 1 each

Inhale 1-2 puffs into the lungs every 4-6 hours as needed for Wheezing Shake well before each use. What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**

## Receiving Your Results in MyChart

Beginning Oct. 11, you will receive most test results at the same time as your provider. A member of the health care team will be in touch as appropriate. Some tests may take more time for review than others.

## Additional Information

If you are in need of comprehensive information and community resources, including Crisis Line services: Contact Lifeline (available 24/7) at 211, 585-275-5151, (TTY) 585-275-2700, (Toll Free) 1-877-356-9211. If you are experiencing any mental health concerns contact the following: **Monroe County** Mobile Crisis Team: 585-529-3721, **Out of County** contact Lifeline at 1-800-310-1160.

Thank you for choosing UR Medicine

HIGHLAND HOSPITAL EMERGENCY DEPARTMENT
1000 SOUTH AVE
ROCHESTER NY 14620-2733
585-473-2200
Dept: 585-341-6880


## Attached Information

Asthma (AfterCare(R) Instructions(ER/ED)) (English)

### Asthma

**WHAT YOU NEED TO KNOW:**

Asthma is a lung disease that makes breathing difficult. Chronic inflammation and reactions to triggers narrow the airways in the lungs. Asthma can become life-threatening if it is not managed.

Normal vs. Asthmatic Bronchioles in Adults

Trachea

Lung

Asthmatic bronchiole

Normal bronchiole

**DISCHARGE INSTRUCTIONS:**

**Call your local emergency number (911 in the US) if:**

- You have severe shortness of breath.

- The skin around your neck and ribs pulls in with each breath.

- Your peak flow numbers are in the red zone of your AAP.

**Return to the emergency department if:**

- You have shortness of breath, even after you take your short-term medicine as directed.

- Your lips or nails turn blue or gray.

**Call your doctor or asthma specialist if:**

- You run out of medicine before your next refill is due.

- Your symptoms get worse.

- You need to take more medicine than usual to control your symptoms.

- You have questions or concerns about your condition or care.

**Medicines:**

- **Medicines** may be used to decrease inflammation, open airways, and make it easier to breathe. Medicines may be inhaled, taken as a pill, or injected. Short-term medicines relieve your symptoms quickly. Long-term medicines are used to prevent future asthma attacks. Other medicines may be needed if your regular medicines are not able to prevent attacks. You may also need medicine to help control your allergies. Ask your healthcare provider for more information about any medicine you are given and how to take it safely.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Manage your symptoms and prevent future attacks:**

- **Follow your Asthma Action Plan (AAP).** This is a written plan that you and your healthcare provider create. It explains which medicine you need and when to change doses if necessary. It also explains how you can monitor symptoms and use a peak flow meter. The meter measures how well your lungs are working.

- **Manage other health conditions** , such as allergies, acid reflux, and sleep apnea.

- **Identify and avoid triggers.** These may include pets, dust mites, mold, and cockroaches.

- **Do not smoke or be around others who smoke.** Nicotine and other chemicals in cigarettes and cigars can cause lung damage. Ask your healthcare provider for information if you currently smoke and need help to quit. E-cigarettes or smokeless tobacco still contain nicotine. Talk to your healthcare provider before you use these products.

- **Ask about the flu vaccine.** The flu can make your asthma worse. You may need a yearly flu shot.

**Follow up with your healthcare provider as directed:** You will need to return to make sure your medicine is working and your symptoms are controlled. You may be referred to an asthma or allergy specialist. You may be asked to keep a

record of your peak flow values and bring it with you to your appointments. Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2020 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

Williams, Chad (MR # 828379 / Visit # 40001969687) Printed at 2/8/21  3:25 AM                    Page 1 of 1
**\*\* DO NOT COPY \*\* DO NOT SCAN \*\***

**VIEW YOUR HEALTH INFORMATION ONLINE TODAY!**

Below is your activation code to sign up for MyChart, UR Medicine's free website that allows you to view most test results, send and receive messages from your doctor, renew your prescriptions, manage your appointments and health care bills, and much more - from your computer or smartphone!

**How Do I Sign Up?**

*Important:  You must have an <u>email address</u> to sign up for MyChart.*

1. Go to mychart.urmedicine.org
2. Click on the **Sign Up** (I have a code) link
3. Enter your MyChart Activation Code: MHF8V-BXXXR
4. Expires: 5/9/2021  1:22 AM
5. Enter your Date of Birth, Zip Code and Phone Number, and click NEXT.
6. Continue following the instructions to complete your MyChart sign up.

   - *You also may want to write down your Username and Password below:*

     *MY USERNAME:* _____

     *MY PASSWORD:* _____

**Additional Information**

*If you are not the patient, but you are involved in the health care of this patient, DO NOT USE THIS CODE! Instead, go to the MyChart website (mychart.urmedicine.org) and click on* ***"Access for My Kids/Family/Friends"*** *below the username and password fields.*

For on-the-go access, download the MyURMedicine app from the Apple or Google Play stores.

**Questions?**

Call our MyChart Customer Service Center, 8 a.m. to 5 p.m.
Weekdays: 585-275-URMC (8762), 1-888-661-6162; choose Option 1

# AFTER VISIT SUMMARY



## **Chad Williams**  MRN: 2541405

📅 2/7/2021  📍 Strong Memorial Emergency Department 585-275-2100

## Instructions

Take ibuprofen and tylenol as needed for pain. Follow-up with the plastic surgery clinic as scheduled on 3/2 for removal. Return to the emergency department if there is redness, drainage of pus, if you have fevers, or any other concerns.

 **Read the attached information**
Lipoma (AfterCare(R) Instructions(ER/ED)) (English)

## What's Next

| | | |
|---|---|---|
| MAR **2** 2021 | **PROCEDURE with DEREK E BELL, MD** Tuesday March 2 9:30 AM | Division of Plastic Surgery 160 Sawgrass Dr Rochester NY 14620-4656 585-275-1000 |

## Allergies as of 2/7/2021

No Known Allergies (drug, envir, food or latex)

## Changes to Your Medication List

You have not been prescribed any medications during your Emergency Room visit.  Please check with your Primary Care physician about continuing any medications you are taking.

## Receiving Your Results in MyChart

Beginning Oct. 11, you will receive most test results at the same time as your provider. A member of the health care team will be in touch as appropriate. Some tests may take more time for review than others.

## Additional Information

If you are in need of comprehensive information and community resources, including Crisis Line services:
Contact Lifeline (available 24/7) at 211, 585-275-5151, (TTY) 585-275-2700, (Toll Free) 1-877-356-9211.

## Today's Visit

You were seen by Kayla Jeanne Dewey, MD

**Reason for Visit**
Head Injury

**Diagnosis**
Lipoma, unspecified site

### Your End of Visit Vitals

 Blood Pressure
**111/72**

Temperature (Temporal)
**96.3 °F**

 Pulse
**78**

Respiration
**16**

 Oxygen Saturation
**95%**

## MyChart

View your health information from your computer or smartphone.  Don't have MyChart? Sign up today at https://mychart.urmedicine.org

## Additional Information (continued)

If you are experiencing any mental health concerns contact the following: **Monroe County** Mobile Crisis Team: 585-529-3721, **Out of County** contact Lifeline at 1-800-310-1160.

Thank you for choosing UR Medicine

STRONG MEMORIAL EMERGENCY DEPARTMENT
601 ELMWOOD AVE
ROCHESTER NY 14642-0001
585-275-2100
Dept: 585-275-2100

Part of Strong Memorial Hospital

 Attached Information

Lipoma (AfterCare(R) Instructions(ER/ED)) (English)

## Lipoma

**WHAT YOU NEED TO KNOW:**

A lipoma is a benign (non cancer) tumor made up of fat tissue. Lipomas can form anywhere in your body, but are usually found on the back, shoulders, neck, and head. The cause of lipomas is unknown. A lipoma looks like a round lump of tissue. It may feel soft and rubbery. Lipomas move around underneath your skin when you press on them. They usually do not hurt. If your lipoma grows large, it may cause pain.

**DISCHARGE INSTRUCTIONS:**

**Contact your healthcare provider if:**

- Your lipoma is getting bigger.

- Your lipoma causes new or increased pain.

- You develop new symptoms.

- You have questions or concerns about your condition or care.

**Follow up with your healthcare provider as directed:** Your healthcare provider may recommend regular follow-up visits to check the lipoma for any changes. You may need tests if your lipoma becomes painful or changes in size or color. Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2020 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

### ** DO NOT COPY ** DO NOT SCAN **

## VIEW YOUR HEALTH INFORMATION ONLINE TODAY!

Below is your activation code to sign up for MyChart, UR Medicine's free website that allows you to view most test results, send and receive messages from your doctor, renew your prescriptions, manage your appointments and health care bills, and much more - from your computer or smartphone!

### How Do I Sign Up?

*Important:  You must have an <u>email address</u> to sign up for MyChart.*

1. Go to mychart.urmedicine.org
2. Click on the **Sign Up** (I have a code) link
3. Enter your MyChart Activation Code: XFNS6-2FBX6
4. Expires: 5/7/2021 11:55 PM
5. Enter your Date of Birth, Zip Code and Phone Number, and click NEXT.
6. Continue following the instructions to complete your MyChart sign up.

- *You also may want to write down your Username and Password below:*

     *MY USERNAME: _____*

     *MY PASSWORD: _____*

### Additional Information

*If you are not the patient, but you are involved in the health care of this patient, DO NOT USE THIS CODE! Instead, go to the MyChart website (mychart.urmedicine.org) and click on **"Access for My Kids/Family/Friends"** below the username and password fields.*

For on-the-go access, download the MyURMedicine app from the Apple or Google Play stores.

### Questions?

Call our MyChart Customer Service Center, 8 a.m. to 5 p.m.
Weekdays: 585-275-URMC (8762), 1-888-661-6162; choose Option 1

# AFTER VISIT SUMMARY



**Chad Williams** MRN: 2541405

📅 2/2/2021   📍 Strong Memorial Emergency Department 585-275-2100

## Instructions

Your heart tracing (ECG) and chest x-ray are unremarkable today.

The pain is most likely due to musculoskeletal left chest & upper arm strain from weight lifting and exertion.

There is NO sign on this visit of heart / lung abnormalities or stroke.

Rest.  Warm packs to "sore" area.  Avoid unnecessary exertion of the left chest or arm until the pain is fully gone.

Ibuprofen, 200 mg;  3 tablets (600 mg) every 8 hours, with food, as needed for pain.

Follow up with your primary MD, to be seen in 1 - 2 weeks, for check-up.

Return to ED, if needed, for any severe or worsening symptoms.

## What's Next

**MAR 2 2021** **PROCEDURE with DEREK E BELL, MD**
Tuesday March 2 9:30 AM

Division of Plastic Surgery
160 Sawgrass Dr
Rochester NY
14620-4656
585-275-1000

## Allergies as of 2/3/2021

No Known Allergies (drug, envir, food or latex)

## Changes to Your Medication List

You have not been prescribed any medications during your Emergency Room visit.  Please check with your Primary Care physician about continuing any medications you are taking.

## Receiving Your Results in MyChart

Beginning Oct. 11, you will receive most test results at the same time as your provider. A member of the health care team will be in touch as appropriate. Some tests may take more time for review than others.

## Today's Visit

You were seen by JONATHAN MARKSON, MD

**Reason for Visit**
Chest Pain

**Diagnosis**
Musculoskeletal chest pain

📄 **Imaging Tests**
*Chest standard frontal and lateral views
EKG 12 lead (initial)

### Your End of Visit Vitals

Blood Pressure
124/73

Temperature (Temporal)
97.3 °F

Pulse
63

Respiration
18

Oxygen Saturation
97%

## MyChart

View your health information from your computer or smartphone.  Don't have MyChart? Sign up today at https://mychart.urmedicine.org

# Additional Information

If you are in need of comprehensive information and community resources, including Crisis Line services:
Contact Lifeline (available 24/7) at 211, 585-275-5151, (TTY) 585-275-2700, (Toll Free) 1-877-356-9211.
If you are experiencing any mental health concerns contact the following: **Monroe County** Mobile Crisis Team:
585-529-3721, **Out of County** contact Lifeline at 1-800-310-1160.

## Thank you for choosing UR Medicine

STRONG MEMORIAL EMERGENCY DEPARTMENT
601 ELMWOOD AVE
ROCHESTER NY 14642-0001
585-275-2100
Dept: 585-275-2100

Part of Strong Memorial Hospital

**\*\* DO NOT COPY \*\* DO NOT SCAN \*\***

## VIEW YOUR HEALTH INFORMATION ONLINE TODAY!

Below is your activation code to sign up for MyChart, UR Medicine's free website that allows you to view most test results, send and receive messages from your doctor, renew your prescriptions, manage your appointments and health care bills, and much more - from your computer or smartphone!

## How Do I Sign Up?

*Important:  You must have an <u>email address</u> to sign up for MyChart.*

1. Go to mychart.urmedicine.org
2. Click on the **Sign Up** (I have a code) link
3. Enter your MyChart Activation Code: W9QZ4-7QKBU
4. Expires: 5/3/2021 10:55 PM
5. Enter your Date of Birth, Zip Code and Phone Number, and click NEXT.
6. Continue following the instructions to complete your MyChart sign up.

   - *You also may want to write down your Username and Password below:*

     *MY USERNAME:*  _____

     *MY PASSWORD:*  _____

## Additional Information

*If you are not the patient, but you are involved in the health care of this patient, DO NOT USE THIS CODE! Instead, go to the MyChart website (mychart.urmedicine.org) and click on **"Access for My Kids/Family/Friends"** below the username and password fields.*

For on-the-go access, download the MyURMedicine app from the Apple or Google Play stores.

## Questions?

Call our MyChart Customer Service Center, 8 a.m. to 5 p.m.
Weekdays: 585-275-URMC (8762), 1-888-661-6162; choose Option 1

## Instructions (continued)



**Pick up these medications at Strong Outpatient Pharmacy**

albuterol HFA • predniSONE

| | |
|---|---|
| Address: | 601 Elmwood Avenue Rm 1-1303, ROCHESTER NY 14642 |
| Hours: | 24x7x365 |
| Phone: | 585-275-4931 |



**Follow up with DOUGLAS STOCKMAN, MD in 1 week (around 2/7/2021)**

Specialty: Family Medicine
Contact: 777 S CLINTON AVE
STE 300
Rochester NY 14620
585-279-4700

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies as of 1/31/2021

No Known Allergies (drug, envir, food or latex)

# Changes to Your Medication List

ⓘ You should carry an up to date medication list at all times in case of an emergency and to share with your healthcare team. Update your list whenever you start, stop, or change how you take a medication.  Please add any medications, vitamins, or herbs you may take.

## START taking these medications


**START**

**albuterol HFA** 108 (90 Base) MCG/ACT inhaler
Commonly known as: PROVENTIL, VENTOLIN, PROAIR HFA
Quantity: 18 g

Inhale 1-2 puffs into the lungs every 6 hours as needed for Wheezing Shake well before each use.


**START**

**predniSONE** 10 MG tablet
Commonly known as: DELTASONE
Last time this was given: 40 mg on January 31, 2021 1:10 AM
Quantity: 16 tablet

Take 4 tablets (40 mg total) by mouth daily for 4 days

## Receiving Your Results in MyChart

Beginning Oct. 11, you will receive most test results at the same time as your provider. A member of the health care team will be in touch as appropriate. Some tests may take more time for review than others.

## Additional Information

If you are in need of comprehensive information and community resources, including Crisis Line services:
Contact Lifeline (available 24/7) at 211, 585-275-5151, (TTY) 585-275-2700, (Toll Free) 1-877-356-9211.
If you are experiencing any mental health concerns contact the following: **Monroe County** Mobile Crisis Team:
585-529-3721, **Out of County** contact Lifeline at 1-800-310-1160.

Thank you for choosing UR Medicine

STRONG MEMORIAL EMERGENCY DEPARTMENT
601 ELMWOOD AVE
ROCHESTER NY 14642-0001
585-275-2100
Dept: 585-275-2100

Part of Strong Memorial Hospital

 Attached Information

Asthma (AfterCare(R) Instructions(ER/ED)) (English)

## Asthma

**WHAT YOU NEED TO KNOW:**

Asthma is a lung disease that makes breathing difficult. Chronic inflammation and reactions to triggers narrow the airways in the lungs. Asthma can become life-threatening if it is not managed.

**DISCHARGE INSTRUCTIONS:**

**Call your local emergency number (911 in the US) if:**

- You have severe shortness of breath.

- Your lips or nails turn blue or gray.

- The skin around your neck and ribs pulls in with each breath.

- You have shortness of breath, even after you take your short-term medicine as directed.

- Your peak flow numbers are in the red zone of your AAP.

**Call your doctor if:**

- You run out of medicine before your next refill is due.

- Your symptoms get worse.

- You need to take more medicine than usual to control your symptoms.

- You have questions or concerns about your condition or care.

**Medicines:**

- **Medicines** decrease inflammation, open airways, and make it easier to breathe. Medicines may be inhaled, taken as a pill, or injected. Short-term medicines relieve your symptoms quickly. Long-term medicines are used to prevent future attacks. You may also need medicine to help control your allergies. Ask your healthcare provider for more information about the medicine you are given and how to take it safely.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him or her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and

herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:**  You will need to return to make sure your medicine is working and your symptoms are controlled. You may be referred to an asthma specialist. You may be asked to keep a record of your peak flow values and bring it with you to your appointments. Write down your questions so you remember to ask them during your visits.

**Manage your symptoms and prevent future attacks:**

- **Follow your Asthma Action Plan (AAP).**  This is a written plan that you and your healthcare provider create. It explains which medicine you need and when to change doses if necessary. It also explains how you can monitor symptoms and use a peak flow meter. The meter measures how well your lungs are working.

- **Manage other health conditions** , such as allergies, acid reflux, and sleep apnea.

- **Identify and avoid triggers.**  These may include pets, dust mites, mold, and cockroaches.

- **Do not smoke or be around others who smoke.**  Nicotine and other chemicals in cigarettes and cigars can cause lung damage. Ask your healthcare provider for information if you currently smoke and need help to quit. E-cigarettes or smokeless tobacco still contain nicotine. Talk to your healthcare provider before you use these products.

- **Ask about the flu vaccine.**  The flu can make your asthma worse. You may need a yearly flu shot.

© Copyright IBM Corporation 2020 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

# AFTER VISIT SUMMARY



**UR**
MEDICINE

**Shad Williams** MRN: 785724    📅 1/30/2021   📍 Strong Memorial Emergency Department 585-275-2100

## Instructions

You were seen for mild asthma exacerbation and request for refill of your Proventil. Your symptoms got better with a breathing treatment and steroids. Your work up reveals that you do not have an emergent or life threatening process at this time, though there is always the possibility that something may develop, thus it is very important that you follow up with your primary care doctor as we discussed.

Follow up with your primary care doctor in one week and please bring them a copy of these instructions so that they may know what happened here in the emergency department. If you are unable to follow up as instructed return to the emergency department immediately.

Please take prednisone as prescribed and use the Proventil inhaler as needed and as prescribed. If you take any medications that contain narcotics, opioids, or induce drowsiness, make sure to not operate any heavy machinery, drive any vehicles, or perform any activities where being impaired may have catastrophic consequences.

Return to your doctor's office or to the emergency department immediately for any persistent symptoms, persistent pain, fever, persistent nausea and vomiting, overall general feeling of being sick, if symptoms do not improve or for any concerns or concerning symptoms that you may have.

 **Your medications have changed**
➡ START taking:
**albuterol HFA** (PROVENTIL, VENTOLIN, PROAIR HFA)
**predniSONE** (DELTASONE)

**Continue taking your other medications and consult with your Primay Care Physician for questions**

 **Read the attached information**
Asthma (AfterCare(R) Instructions(ER/ED)) (English)

## Today's Visit

You were seen by Howard Lin, MD

**Reason for Visit**
Shortness of Breath

**Diagnosis**
Mild asthma exacerbation

 **Medications Given**
ipratropium-albuterol (DUONEB) Last given 1/31/2021 1:10 AM

predniSONE (DELTASONE) Last given 1/31/2021 1:10 AM

**Your End of Visit Vitals**

 Blood Pressure
**119/60**

 Temperature (Temporal)
**96.6 °F**

 Pulse
**66**

Respiration
**18**

Oxygen Saturation
**96%**

## MyChart

View your health information from your computer or smartphone.  Don't have MyChart? Sign up today at https://mychart.urmedicine.org

**EXHIBIT (B)**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202
(716) 551-1700



2120 U.S. Courthouse
100 State Street
Rochester, New York 14614
(585) 613-4000

**MARY C. LOEWENGUTH**
CLERK OF COURT

www.nywd.uscourts.gov

CHARLES S. CARRA, ESQ.
JAMES G. ECKERT, ESQ.
JANELLE OLSEN, ESQ.
ERIN TUBBS, ESQ.
SUZANNE ROYCE, ESQ.
Pro Se Staff Attorneys

**ANNE F. MODICA, ESQ.**
SPECIAL COUNSEL TO THE CHIEF JUDGE

NICOLE THOMPSON-WILLIAMS
Pro Se Paralegal

June 5, 2019

Chad S. Williams
Monroe County Jail
130 South Plymouth Avenue
Rochester, NY 14614

Re:   19-cv-00619 LJV response to letter Docket #5

Dear Mr. Williams:

This is in response to your Letter, Docket #5, requesting copies of your exhibits filed with in this court.

The docket, (enclosed) does not show any exhibits filed in your case to date.

Please note for future requests, these copies are not covered under the In Forma Pauperis Statue and there will be a fee for any copy request going forward. The documents you may wish to obtain are public records, you are entitled to review, and/or obtain copies of such documents by paying the search fee of $15.00 plus our regular copy fee of $.50 per page.

Sincerely,

Nicole Thompson-Williams
Pro Se Paralegal

Enclosed:   Docket for 19-cv-00619 LJV

**EXHIBIT (C)**



# Office of the Sheriff

## MONROE COUNTY
### "ONE TEAM"



Sheriff Todd K. Baxter                              Undersheriff Korey K. Brown

130 SOUTH PLYMOUTH AVENUE, ROCHESTER, NY 14614 | (585)753-4178

## Notification of Segregation

Incident Date/Time: 04/10/2019 / 1800 hours          JMS Incident #: 19001661

Inmate Name/ID#: Chad Williams (231726)              Inmate Location: SHU cell 20

### Reason For Segregation

Inmate Chad Williams, you threatened staff, and refused staff orders resulting in a subject management in the Reception Annex Medical Office. Furthermore, you attempted to spit on staff during the subject management. You are relocated to the SHU cell 20 pending infraction disposition.

Staff Member Requesting Segregation: Sergeant Kluth 3354          Date: 04/10/2019

In the interest of the safety, security and good order of the facility. You will be confined to your cell with the following restrictions:

[✓] Administrative Segregation    [ ] Pending Infraction Disposition    [ ] Other: _____

Restraints: CCS anytime out of cell          Exercise: Rec Revoked

Shower: 3 Times Per Week                     Group Activity: Restricted/Clergy Visit At Cell

Commissary: Hygine/Legal only               Razor: No Restrictions

Visits: Non-Contact Only                     Other: _____

Command Officer Review:    Reviewed & Approved: [✓]    Not Approved: [ ]

Comments: _____

Signature/Date: _____ 4-10-19

Notification of Segregation Served By: _____ 4133 _____   [✓] Noted in floor log.

CAO Comments

_____

Reviewed & Approved: [ ]    Denied: [ ]    CAO Review Name/Date: _____



WE ARE PROFESSIONALS
WWW.MONROECOUNTYSHERIFF.INFO



# EXHIBIT (D)

ACCUSATORY INSTRUMENT
FELONY COMPLAINT (C.P.L. 190.15)

| STATE OF NEW YORK | COUNTY OF MONROE | MCSO CR # 19-077287 |
|---|---|---|
| CITY COURT | CITY OF ROCHESTER | RPD   CR# 19-103948 |

The People of the State of New York
Against

Williams, Chad, S.          dob 7/24/71
Defendant

}

┌─────────────────────────────┐
│   Accusatory Instrument     │
│   Felony Complaint          │
└─────────────────────────────┘

I Investigator Chris Lockwood, employed by the Monroe County Sheriff's Office, Rochester, New York, by this Felony Complaint makes written accusation as follows:

That Chad S. Williams, on April 10th, 2019, while an inmate in the Monroe County Jail, 130 S. Plymouth Avenue, in the City of Rochester, County of Monroe, State of New York, did commit the offenses of **Assault in the Second Degree a class D Felony**, in violation of **Section 120.05 (7)** of the Penal Law of the State of New York in that he did, at the aforesaid time and place*

Count one:  Assault in the Second Degree NYSPL 120.05 (7)

The facts upon which this Felony Complaint is based are as follows:

That the above named defendant, **Chad S. Williams**, on April 10th, 2019, **at approximately 1800 hours**, did, while having been charged with or convicted of a crime and while confined in a correctional facility, with intent to cause physical injury to another person, he caused such injury to a person or a third party. **To wit:** Chad S. Williams did, while an inmate at the Monroe County Jail located at 130 S. Plymouth Ave in the City of Rochester, become combative towards Deputy Bitterman and had to be physically restrained and handcuffed. During this altercation Inmate Williams did cause physical injury to the right knee of Deputy Michael Bitterman by grabbing on to Deputy Bitterman's right knee and twisting it while falling to the ground.   All contrary to the provisions of the subdivisions in such case made and provided.

*The foregoing factual allegations are based upon information and belief, the source of that information being an investigation conducted by your complainant and other members of the Monroe County Sheriff's Office, while acting in their official capacities.*

Verification by Subscription and Notice
Under Penal Law Section 210.45

It is a crime, punishable as a class A misdemeanor under the laws of the State of New York, for a person, in and by written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

Affirmed under penalty of perjury this
17th day of May, 2019

COPY

_____ # 3436
Complainant

ORI No:      NY027011J
Order No:    2019-002965
NYSID No:    05985738K
CJTN No:

Criminal Form 2 8/2010

**At a term of the Rochester City Court, County of Monroe, at the Courthouse at Civic Center Plaza, Rochester, NY 14614, State of New York**

PRESENT:  Honorable Stephen Thomas Miller

ORDER OF PROTECTION
Non-Family Offense - C.P.L. 530.13[1]
(Not involving victims of domestic violence)

**PEOPLE OF THE STATE OF NEW YORK**
- against -

☐ Youthful Offender (check if applicable)

Part: STM -      Case No.: CR-03677-19

Chad S Williams ,
Defendant

**Charges: PL 120.05 07 DF Asslt While Conf In Corr Facil, 1 count(s) of D Fel**

DOB:  07/24/1971

Defendant Present in Court

NOTICE:  YOUR  FAILURE TO OBEY THIS ORDER MAY SUBJECT  YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

☒    TEMPORARY ORDER OF PROTECTION - Whereas good cause has been shown for the issuance of a temporary order of protection

☐    ORDER OF PROTECTION - Whereas defendant has been convicted of [specify crime or violation]:

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,

**IT IS HEREBY ORDERED** that the above-named defendant Chad S Williams (DOB: 07/24/1971) observe the following conditions of behavior:

Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats or any criminal offense or interference with the victim or victims of , or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named Michael Bitterman;

**IT IS FURTHER ORDERED** that this order of protection shall remain in force until and including 11/18/2019, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

**DATED:** 05/18/2019

☒ Defendant advised in Court of issuance and contents of Order.

Honorable Stephen Thomas Miller

☐ Order to be served by other means [specify]: _____

☐ Warrant issued for Defendant

☒ Order personally served on Defendant in Court    _____
(Defendant's signature)

☐ ADDITIONAL SERVICE INFORMATION [specify]: _____

**The Criminal Procedure Law provides** that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face penalties authorized by law.
**Federal law requires** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).
**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

[1] Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of family offenses, intimate partners and family and household member and are not entered onto the statewide domestic violence registry. See Exec. L. §221-a(1); CPL §§530 11(1), 530.13(1), 530.13

CCs:  Michael Bitterman
      Rochester City Police Department

# EXHIBIT (E)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Chad S. Williams,                        MOTION

               Petitioner,        NOTICE TO ADMIT

  V.                                    No. 1:19-cv-00619 LVJ.,

MONROE COUNTY JAIL,
SUPERINTENDENT,

             Respondent.
_____

      PLEASE TAKE NOTICE, that the pro se petitioner, Chad S.
Williams, hereby submits this motion to the presiding assistant
Attorney General and the Hon. Lawerence J. Vilardo's Clerk.

1.  Is it true on April 10th. 2019, petitioner, Chad S. Williams
was placed in segregation?  And the staff member who requested
segregation was Sergeant Kluth # 3354?  And the superior officer
who signed the Notification of Segregation was L.T. Shellard and
the JMS incident number is #: 19001661?  Yes or no?  Do you
admit?

RESPONSE:

2.  Is it true that your familiar with the fact that L.T.
Shellard is a current defendant in petitioner's civil action
complaint 16-cv-115(LJV),.?  Yes or no?  Do you admit?

RESPONSE:

3.  Is it true that you have been made  aware that several months
prior to the incident of 4/10/19 that the petitioner wrote the
Hon. Lawerence J. Vilardo, who presides over civil action
16-cv-115v., to be moved from the MCJ, to another facility due to
safety concerns, such as the fact it was brought to the petition-
-er's attention by staff that L.T. Shellard was secretly
orchestrating to have the petitioner assaulted by Monroe County
Jail Deputies?  Yes or no?  Do you admit?

RESPONSE:

4.  Is it true that after petitioner filed his Writ of Habeas
Corpus, Case No. 19-cv-619, that Deputy Micheal Bitterman, filed
a assault charge on the defendant on 5/17/19, City Court Case
#CR-03677-19 which bears the RPD CR# 19-103948 and MCSO CR#
19-077287?  Yes or no?  Do you admit?

RESPONSE:

5.  Is it true that the petitioner in this matter went and
testified at his grand jury for the above case # on 7/18/19,
and the jury rised on 7/23/19 and dismissed the matter that
was before Assistant District Attorney Patrick Gallagher
with Attorney Jean A. Caputo, presiding for the petitioner?
Yes or no?  Do you admit?

6.  Is it true that the Monroe County Jail Medical Records will clearly show that the petitioner was to receive a back-brace for his injury he sustained on 4/10/19?  Yes or no?  Do you admit?

RESPONSE:

7.  Is it true that the MCJ, medical records will indicate that the petitioner sustained serious damage to his eyes after the incident of 4/10/19?  And was urinating blood due to the unjust altercation with MCJ, Deputies on 4/10/19?  Yes or no?  Do you admit?

RESPONSE:

8.  Is it true from the review of documents that you have been made aware that the petitioner's grandmother had an untimely heart attack, caused by worrying about the petitioner, especia- -lly the fact that he was urinating blood and his current safety? Yes or no?  Do you admit?

Signature:

Sworn to before me this 24 day of __OCTOBER__ , 20 _19,_ .


Notary Public
        STEVEN D LEE
NOTARY PUBLIC, STATE OF NEW YORK
        CHEMUNG COUNTY
        LIC. #01LE6231045
COMMISSION EXPIRES_____ 11·15·22

# EXHIBIT (F)

SABRA W HICKAM
Notary Public, State of New York
No. 01HI6295885
Qualified in Monroe County
Commission Expires January 13, 20 22

Sabra W Hickam
November 30, 2020

3N47

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

Facility: Monroe County Jail

Housing Location: 2 W09

Name of Inmate: Chad Williams

Grievance #: 20-314

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
Number of Sheets Attached ( 1 )

On March 7, 2020, Governor of the State of New York declared a State disaster Emergency for the entire State of New York. Section 3103 State of NY. 8244 April 27, 2020, Sen. Sepulveda, § 807 Emergency Release During a time of Crisis (1) During a Epidemic.

**Action requested by the grievant** *(Submitted by the grievant within 5 days of occurrence)*:
Number of Additional Sheets Attached ( 1 )

Due to Emergency Release, For § 807 Under State of NY 8244 (1) I'm requesting my Immediate release, For this facility has place my life and all other Inmates in the (MCJ), in harms Way.

Grievant Signature: _____

Date/Time Submitted: 12/2/2020

Receiving Staff Signature: Taylor 4205

Date/Time Received: 11/30/20

Investigation Completed by: _____      Date Completed: _____

**Decision of the Grievance Coordinator**
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

Number of Sheets Attached ( )

☑ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
☐ **Grievance Accepted**
☐ **Grievance Denied on Merits**
☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

See attached decision and Response.

Signature of the Grievance Coordinator: _____      Date: 12/6/2020

2.

Section 29~A of the Executive Law, or any regulations of the Dept. of Health that impose requirment pertaining to maintaining social Distance in precautionary~ or (Yellow~ Zones), the Following mitigating Meauxures non~ essential "Gathering" shall be limited to no more than 25 people.

3.

Section, 3105~ Treatment of Respiratory:

Furthermore anyone with respiratory issues, and a non~ violent charge should be release From custody~ or considered For release immediately due to the COVID~ 19 outbreak in the Monroe County Jail. Under section~ 319 (F) ~ 3(i) (1),(D), of the Public Health Service Act (42 U.S.C. 247 d / 6d(i), (1), (D). As a matter of Law, no one on PAROLE should have been violated For a curfew violation, or any other minor infraction, thus the MCJ, should have advocated For their immediate release before forcing them into extreme violations of the Governor's Executive Orders. i, i, have been feeling extremely whimsical ever since being released From the (MCJ,) qurranteine.

9 CRR-NY 7032.4

## 7032.4 Facility program requirements.

(a) Any inmate incarcerated in a local correctional facility shall be provided access to the facility's grievance program.

(b) Instructions for filing a grievance shall be included in the facility rules and information as required by section 7002.9(a)(15) of this Title.

(c) Each inmate at any facility shall be advised in writing as to the availability of grievance forms upon admission.

(d) Facility staff shall make forms readily available so that an inmate may file a grievance. An inmate must file a grievance within five days of the date of the act or occurrence giving rise to the grievance.

(e) The chief administrative officer of each local correctional facility shall designate a staff member(s) to act as grievance coordinator(s).

(f) The chief administrative officer or his designee shall ensure that each grievance is investigated to the fullest extent necessary by an impartial person who was not personally involved in the circumstances giving rise to the grievance; provided, however, that a grievance that is too vague to understand or fails to set forth supporting evidence or information may be returned to the inmate. Failure to supply sufficient information or evidence within two days shall be cause to deny the grievance.

(g) At a minimum, each investigation of an inmate grievance shall include gathering and assessing the following information:

   (1) a description of the facts and issues underlying the circumstances of the grievance;

   (2) summaries of all interviews held with the grievant and with all parties involved in the grievance;

   (3) copies of pertinent documents; and

   (4) any additional relevant information.

(h) Grievances regarding dispositions or sanctions from disciplinary hearings, administrative segregation housing decisions, issues that are outside the authority of the chief administrative officer to control, or complaints pertaining to an inmate other than the inmate actually filing the grievance are not grievable and may be returned to the inmate by the grievance coordinator. Such grievances may not be appealed to the chief administrative officer or the Citizens' Policy and Complaint Review Council.

(i) Within five business days of the receipt of a grievance, the grievance coordinator shall issue a written determination. Such determination shall specify the facts and reasons underlying the coordinator's determination. A copy of such determination shall be provided to the grievant.

(j) Within two business days after receipt of the grievance coordinator's written determination, the grievant may appeal to the chief administrative officer or his designee.

(k) Within five business days after receipt of a grievance appeal, the chief administrative officer shall issue a determination on the grievance appeal and provide a copy of such determination to the grievant.

(l) If the chief administrative officer finds merit in a grievance, he/she shall direct in writing that appropriate remedies or meaningful relief be provided to the grievant and for all others similarly situated

Inmate Chad Williams

December 4, 2020

ID #231726

Location: 3N 47

Grievance #20-314 - Decision & Response

The Monroe County Jail can only house a person who has been legally committed to the custody of the Sheriff by virtue of a signed commitment from a judge of local jurisdiction, a valid Superior Court warrant, a valid Parole warrant from the New York State Department of Corrections and Community Supervision, or a Federal Remand from a United States District Court Magistrate.   Likewise, to release a person from custody, a signed release order from the above or withdrawal of the valid warrant, must be received to legally release a person from custody.   The Monroe County Jail *cannot*, of its own accord, release a person from custody based solely upon Executive Orders issued by the Governor of the State of New York.  It is incumbent upon judges and magistrates at the local, state, and federal level, as well as agents at NYSDOCCS to apply these Executive Orders as guidelines for determining which persons to commit and release from custody.

The release of any Inmate in custody, or compensation for any perceived illegal custody, are "issues that are outside the authority of the chief administrative officer to control" and cannot be the subject of a grievance. (9 NYCRR 7032.4h)

This grievance, as presented, must be *returned.*

Cpl Fennssy

Grievance Coordinator

Corporal S. Fennessy #2596

SEPTEMBER 11 2020

TO WHOM IT MAY CONCERN

CHAD WILLIAMS WAS WORKING FOR ME AT MY
CELLPHONE STORE
5G WIRELESS PLUS INC
1717 CLIFFFORD AVE  SUITE 2
ROCHESTER NY 14609

ON AUGUST 25TH /26TH FROM 4-10 PM

ANY QUESTIONS OR CONCERNS YOU CAN REACH
ME AT 6229001

THANK YOU

TIMOTHY STRACHAN
9-11-2020

*Adrian Salomon*
*RE: Chad Williams #(585)576-1768*

**Huff, Clara (US)**

*Any questions.*

# Affidavit

State of New York                                    County of Monroe

My current name is Clara Huff, and my current occupation is Management Line  Support
At L3 Harris. I am presently 62 years old, and my current address of residence is 629 Whispering Pines Circle,
Greece NY  14612.

Shad (chad) Williams. The night of question, It was just a misunderstanding at the time,
Shad was living at my residence from the date I signed the landlord statement.

I hereby state that the information above is true, to the best of my knowledge, I also confirm
That the information here is both accurate and complete.

Signature of individual                              notary Public

SANDRA J. COLLINS
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN MONROE COUNTY
LIC. #01CO6175936
COMM. EXP. 10/22/23

1



**VISIT US AT USPS.COM**