**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**CHAD S. WILLIAMS, 231726,**

                       **Plaintiff,**           16-CV-115V(Sr)

v.

                                        **CASE MANAGEMENT ORDER**

**SERGEANT SHELLARD, et al.,**

                       **Defendants.**

---

1. No later than **November 18, 2022**, defendants shall provide to plaintiff the identity of all persons who were present at, witnessed, or investigated the events from which the plaintiff's claims arose.  Defendants shall also provide to plaintiff copies of any documents prepared by any employee of the State of New York in connection with the events from which the plaintiff's claims arose including, but not limited to: incident reports, intradepartmental memoranda, use of force reports, unusual incident reports, witness statements, misbehavior reports, and medical treatment records (if release is properly authorized).  If counsel for one or more defendants in good faith believes that production of any of the required documents may disrupt or interfere with prison discipline or procedures, such documents may be produced only to the Court.  Furthermore, the defendants and their counsel may redact documents produced to protect the identity of confidential informants, but unredacted copies shall be retained for production to the Court upon request.

2. All fact depositions shall be completed no later than **January 27, 2023.**

3. Plaintiff shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed.R.Civ.P. 26(a)(2)(B) by **February 10, 2023**. Defendants shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed.R.Civ.P. 26(a)(2)(B) by **March 10, 2023**. **Such disclosures shall be served on all counsel.** *See also* Local Rule 26.

4. All expert depositions shall be completed no later than **April 28, 2023.**

5. All discovery in this case shall be completed no later than **May 12, 2023**.

6. Plaintiff shall submit a formal written settlement demand to defendants' counsel no later than **May 26, 2023**. Defendants' counsel shall respond to plaintiff in writing no later than **June 23, 2023**. An Intermediate Settlement Conference shall be held telephonically with the parties on **July 11, 2023 at 11:00 a.m.**.

7. Dispositive motions by all parties shall be filed and served no later than **August 11, 2023**. *See generally* Local Rule 7.1(c); 56. The motion shall be taken under advisement without oral argument.

8. Modification or extension of the dates set forth in this scheduling order are strongly discouraged. Extensions will only be considered for meritorious reasons.

Modification or Extension of Other Dates in Scheduling Order: Dates prior to the discovery termination may be extended by agreement among counsel, so long as they do not require an extension of the overall discovery termination date.  Counsel shall confirm such extensions in writing to the Magistrate Judge.

Extension of the Discovery Termination Date: This extension may only be sought by joint written application, signed by counsel for all parties, showing good and extraordinary cause for the extension requested.  The applicants must also include a proposed new scheduling order in a form substantially similar to this order.  The application should be made to the Magistrate Judge, unless the deadline has already passed.

9. Sanctions: All parties' attention is directed to Fed.R.Civ.P. 16(f) calling for sanctions in the event of failure to comply with any direction of this Court. The plaintiff is reminded that it is his/her responsibility to keep the Court informed of his/her current address.

**SO ORDERED.**

DATED:   Buffalo, New York
         October 13, 2022

*S/ H. Kenneth Schroeder, Jr.*
**H. KENNETH SCHROEDER, JR.**
**United States Magistrate Judge**