DISTRICT COURT

Chad L. Williams,

Plaintiff,

V.

WARRANT ISSUING JUDGE,

Defendants, et al.

MOTION

For Body Order

16-CV-115,

PLEASE TAKE NOTICE, that Mr. Williams, is currently held at the Monroe County Jail, 130 South Plymouth Ave, Rochester NY 14614. Therefore is requesting that the Hon. Judge Lawrence J. Vilardo, issue a body order for the plaintiff,

to appear, at 39 West Main Street at 10: AM for oral examination, before Attorney Maria Rodi on 1/20/23.

DATED: 12/19/22            Respectfully Submitted

NOTARY PUBLIC

Sworn before Me on DECEMBER 21 2022

*[Notary seal: JACOB PHILLIPS, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Monroe County, 01PH6436503, MY COMMISSION EXPIRES 07/18/2026]*

Signature:



Chad A. Williams #231226
130 S. Plymouth Ave
Rochester NY 14614

To: The Federal Court Clerk
#2 Niagra Sq
Buffalo N.Y. 14202

Legal Mail
c.c. File

ROCHESTER NY 144
22 DEC 2022 PM 2 L

USDC - WDNY
DEC 29 2022
BUFFALO