UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD S. WILLIAMS,<br><br>           Plaintiff,<br><br>-against-<br><br>TODD BAXTER, Monroe County Sheriff; MATT VANDUZEE, Superintendent of the Monroe County Jail; CAPTAIN SHELLARD; DEPUTY BITTERMAN; DEPUTY HOYT; DEPUTY LAWLER; DEPUTY RYDERS; CORPORAL FENNESSY and Area Supervisor Division of Parole of the Executive Department of the State of New York,<br><br>           Defendants, | PROPOSED STIPULATED UNSEALING ORDER<br><br>16-cv-00115 (LJV)(HKS) |

  WHEREAS, the County Court transcripts, grand jury transcripts, records and files pertaining to the criminal proceeding known as People v. Williams, CR # 19-57807, Supreme Court, Monroe County, have been sealed pursuant to Section 160.50 of the Criminal Procedure Law; and

  WHEREAS, the former Defendant in that proceeding, Chad Williams, has filed a lawsuit pursuant to 42 U.S.C. § 1983 alleging, *inter alia*, excessive force was used against him by Monroe County Sheriff's Deputies arising from the same April 10, 2019 incident that led to the criminal charges being filed against him;

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the files of the Monroe County District Attorney and the County Court transcripts, grand jury transcripts, records and files of the above captioned proceeding that have been sealed pursuant to Section 160.50 of the Criminal Procedure Law, be unsealed, and made available to the Monroe County Department of Law, and to ELLIOT D. SHIELDS, ROTH & ROTH, LLP,

1

counsel for the Defendant / Plaintiff, Chad Williams, for use in the said lawsuit in the known as Williams v Baxter, et al., 16-cv-11522 (WDNY); and it is further

STIPULATED AND AGREED, that upon the termination of the action known as Williams v Baxter, et al., 16-cv-11522 (WDNY), the files of the Monroe County District Attorney and the County Court transcripts, grand jury transcripts, records, and files of the proceeding People v. Williams, County Court, Monroe County, CR No. 19-57807, shall be resealed.

| | |
|---|---|
| MONROE COUNTY LAW DEPARTMENT<br>Attorney for Defendants<br>By: | ROTH & ROTH, LLP<br>Attorneys for Plaintiff<br>By: |
| *Maria Rodi* | *Elliot Shields* |
| MARIA RODI<br>Senior Deputy County Attorney<br>Room 307, County Office Building<br>39 West Main Street<br>Rochester, New York 14614<br>Tel.: 585-753-1495<br>Dated: July ____, 2023 | ELLIOT D. SHIELDS, ESQ.<br>Roth & Roth, LLP<br>192 Lexington Avenue, Suite 802<br>New York, New York 10016<br>Tel. (212) 425-1020<br><br>Dated: July ____, 2023 |

**IT IS SO ORDERED.**

_____
Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge

Dated: _____, 2023
      Buffalo, New York