UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHAD S. WILLIAMS,

                Plaintiff,

vs.

TODD BAXTER, Monroe County Sheriff;
MATT VANDUZEE, Superintendent of the
Monroe County Jail; CAPTAIN CHRISTOPHER
SHELLARD; DEPUTY MICHAEL BITTERMAN;
DEPUTY JACOB HOYT; DEPUTY EMMET LAWLER;
DEPUTY DAVID RYDERS;
CORPORAL SHAUN FENNESSY,

                Defendants.

---

**NOTICE OF SUBSTITUTION OF COUNSEL**

Case No.: 16-cv-00115 (LJV)(HKS)

**PLEASE TAKE NOTICE** that Robert M. Corp, Esq., an attorney admitted to practice before this Court and an attorney at the law firm of Lipsitz Green Scime Cambria LLP, hereby is substituted as counsel of record in this action on behalf of Plaintiff, Chad S. Williams, in place and instead of Elliott D. Shields, Esq., and requests that all papers and electronic filings in this action also be served upon the undersigned electronically and/or at the address below.

I hereby affirm that Plaintiff is in agreement with the substitution of counsel in this matter.

DATED:    Buffalo, New York
               May 1, 2024

                          **LIPSITZ GREEN SCIME CAMBRIA, LLP**

                          By *s/ Robert M. Corp*
                          Robert M. Corp, Esq.
                          Attorneys for Plaintiff
                          42 Delaware Avenue, Suite 120
                          Buffalo, New York 14202
                          Telephone: 716-849-1333
                          rcorp@lglaw.com